**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Michael Gillespie, | : |
| Plaintiff, | : Civil Action No.:  1:14-cv-11935-MLW |
| v. | : |
| Mireault Law Group, LLC; and DOES 1-10, inclusive, | : |
| Defendants. | : |

## NOTICE OF MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT MIREAULT LAW GROUP, LLC

PLEASE TAKE NOTICE that Plaintiff Michael Gillespie hereby moves pursuant to Fed.

R. Civ. P. 55(b)(2) for an Order for Default Judgment against Defendant Mireault Law Group,

LLC.  In support, Plaintiff respectfully submits the accompanying Memorandum of Law, and

Declaration of Sergei Lemberg, Esq. and Declaration of Michael Gillespie attached thereto.

Dated: October 29, 2014

PLAINTIFF, Michael Gillespie

By:  _/s/ Sergei Lemberg_
Sergei Lemberg, Esq.
LEMBERG LAW, LLC
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile:  (203) 653-3424
_Attorneys for Plaintiff_

ALLOWED.  For the reasons stated in Plaintiff's Memorandum Dckt No. 10-1), default judgment in the amount of $26,000 shall be entered against defendant Mireault Law Group, LLC.  As the "Doe" defendants have not been served, the claims against them are DISMISSED.

Wolf, D.J.   Sept 29, 2015

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 29, 2014, a true and correct copy of the foregoing Notice of Motion was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF) and that the document is available on the ECF system. A copy of the foregoing was also mailed by first-class mail, postage prepaid to the parties listed below:

Mireault Law Group, LLC
5 Brook Road
Topsfield, MA 01983-1604

*/s/ Sergei Lemberg*

Sergei Lemberg, Esq.